# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| NATIONSTAR MORTGAGE, LLC, | ) | |
| Plaintiff, | ) | Case No. 2:15-cv-00196-APG-GWF |
| vs. | ) | **ORDER** |
| CLUB ALIANTE HOMEOWNERS ASSOCIATION; 7505 JAVA SPARROW TRUST, | ) | **Motion to Stay Discovery - #22** |
| Defendant. | ) | |

This matter is before the Court on Defendant Club Aliante Homeowners Association's Motion to Stay Discovery (#22), filed on November 13, 2015. No written response has been filed to this motion.

The Court has reviewed Defendant Club Aliante Homeowners Association's Motion to Dismiss (#20), the Plaintiff's Response (#26) to the motion, and Defendant's Reply (#27). Based on that review, the Court is not reasonably persuaded that the motion to dismiss with be granted either based on lack of subject matter jurisdiction or failure to state a claim upon which relief can be granted. Defendant Club Aliante Homeowners Association has therefore failed to demonstrate sufficient grounds for a stay of discovery pending the decision on its motion to dismiss. *See Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597 (D.Nev. 2011). Accordingly,

**IT IS HEREBY ORDERED** that Defendant Club Aliante Homeowners Association's Motion to Stay Discovery (#22) is **denied.**

**IT IS FURTHER ORDERED** that the hearing on Defendant's motion scheduled for December 17, 2015 at 2:30 P.M. is **vacated.**

. . .

**IT IS FURTHER ORDERED** that the parties shall file a proposed discovery plan and scheduling order on or before **January 6, 2016**.

DATED this 16th day of December, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge