**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CLUB ALIANTE HOMEOWNERS ASSOCIATION, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-00196-APG-GWF<br><br>**ORDER** |

IT IS ORDERED that the stay I previously entered in this case (ECF No. 40) does not apply to plaintiff Nationstar Mortgage, LLC's efforts to serve defendant Nevada Association Services, Inc. Plaintiff Nationstar Mortgage, LLC shall timely serve process and file proof of service.

DATED this 23rd day of August, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE