LEACH KERN GRUCHOW
ANDERSON SONG
SEAN L. ANDERSON
Nevada Bar No. 7259
sanderson@lkglawfirm.com
RYAN D. HASTINGS
Nevada Bar No. 12394
rhastings@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
*Attorneys for Club Aliante Homeowners' Association*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | Case No.: 2:15-cv-00196-APG-GWF |
| Plaintiff, | |
| vs. | MOTION TO SUBSTITUTE COUNSEL |
| CLUB ALIANTE HOMEOWNERS' ASSOCIATION; JAVA SPARROW TRUST; 7505 JAVA SPARROW TRUST; NEVADA ASSOCIATION SERVICES, INC., | |
| Defendants. | |

Defendant Club Aliante Homeowners' Association (the "Association"), hereby moves to substitute the law firm of Leach Kern Gruchow Anderson Song as its attorney of record in the place and stead of Robbins Law Firm (formerly Pengilly Law Firm) in the above-entitled action.

The Robbins Law Firm hereby consents to the substitution of the law firm of Leach Kern Gruchow Anderson Song as attorney of record for the Association in its place and stead.

Dated this 22 day of ~~December, 2018~~ January, 2019.

ROBBINS LAW FIRM

*/s/ [signature]*

1995 Village Center Circle, #190
Las Vegas, NV 89134
(702) 889-6665

-1-

The law firm of Leach Kern Gruchow Anderson Song hereby consents to its substitution of attorney of record for the Association in the place and stead of Robbins Law Firm.

Dated this 23 day of ~~December, 2018.~~ January, 2019.

LEACH KERN GRUCHOW ANDERSON SONG

/s/ Sean L. Anderson

Sean L. Anderson
Nevada Bar No. 7259
T. Chase Pittsenbarger
Nevada Bar No. 13740
2525 Box Canyon Drive
Las Vegas, Nevada 89128

The Association hereby consents to the substitution of Leach Kern Gruchow Anderson Song as its counsel of record in the place and stead of Robbins Law Firm.

CLUB ALIANTE HOMEOWNERS' ASSOCIATION

By: *Cherie Durnette White*

Name: Cherie Durnette White

Its: _____

## ORDER

**IT IS SO ORDERED** this 24th Day of January 2019.

*George Foley Jr.*
United States Magistrate Judge