JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5995
HONG & HONG LAW OFFICE
One Summerlin
1980 Festival Plaza Dr., Suite 650
Las Vegas, NV 89135
Tel: (702) 870-1777
Fax: (702) 870-0500
yosuphonglaw@gmail.com
*Attorneys for Defendant 7505 Java Sparrow Trust*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | Case No.: 2:15-cv-00196-APG-EJY |
| Plaintiff, | |
| vs. | |
| CLUB ALIANTE HOMEOWNERS' ASSOCIATION; JAVA SPARROW TRUST; 7505 JAVA SPARROW TRUST; NEVADA ASSOCIATION SERVICES, INC., | **SUBSTITUTION OF COUNSEL FOR 7505 JAVA SPARROW TRUST** |
| Defendants. | |

Jacob Lefkowitz, in his capacity as authorized representative of 7505 Java Sparrow Trust, hereby consents to the substitution of Hong & Hong Law Office, as its counsel in place and stead of Ayon Law, PLLC in the above captioned matter.

DATED this 12th day of October, 2020.

                *s/ Jacob Lefkowitz*
                Jacob Lefkowitz
                *7505 Java Sparrow Trust*

1    Luis A. Ayon, Esq. of Ayon Law, PLLC, does hereby consent to the substitution of Hong & Hong Law Office, in the above entitled matter, in his place and stead as attorney of record for Defendant 7505 Java Sparrow Trust.

DATED this 12th day of October, 2020.

                              AYON LAW, PLLC

                              By /s/ *Luis A. Ayon*
                                  LUIS A. AYON, ESQ.
                                  Nevada Bar No. 9752
                                  8716 Spanish Ridge, Suite 115
                                  Las Vegas, NV 89148
                                  T: 702-600-3200

    Joseph Y. Hong, Esq., of Hong & Hong Law Office, does hereby agree to substitute in the place of Ayon Law, PLLC, in the above entitled matter, in his place and stead as attorney of record for Defendant 7505 Java Sparrow Trust.

DATED this 12th day of October, 2020.

                              HONG & HONG LAW OFFICE

                              By s/ *Joseph Y. Hong*
                                  JOSEPH Y. HONG, ESQ.
                                  Nevada Bar No. 5995
                                  One Summerlin
                                  1980 Festival Plaza Dr., Suite 650
                                  Las Vegas, Nevada 89135
                                  Tel: (702) 870-1777

## ORDER

**IT IS SO ORDERED.**

*[signature]*
UNITED STATES MAGISTRATE JUDGE

DATED: October 16, 2020

2